### DAVID S. EISENBERG, TRUSTEE, ET AL. *v.* ALMA TUCHMAN

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 364 (AC 25745), is denied.

*Charles A. DeLuca* and *Sarah F. DePanfilis*, in support of the petition.

*Miles F. McDonald, Joyce H. Young, Haden P. Gerrish* and *Fernando F. deArango*, assistant town attorney, in opposition.

Decided May 4, 2006

### BEN JENKINS *v.* COMMISSIONER OF CORRECTION

The petitioner Ben Jenkins' petition for certification for appeal from the Appellate Court, 94 Conn. App. 902 (AC 25911), is denied.

*Craig Barton*, special public defender, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided May 4, 2006